IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERMAIN D. LEWIS                                              PLAINTIFF

v.                      Civil No.4:17-cv-04052

BRANDON KENNEMORE, Ashdown
Police Department; SHERIFF BOBBY
WALRAVEN, Little River County,
Arkansas; and AYERS CLEANERS                         DEFENDANTS

## ORDER

The above referenced matter comes on for this Court's consideration of the **Motion to Withdraw as Counsel** (ECF 21). As stated in the motion, Jonathan C. Hill and C. Burt Newell seek to withdraw as attorney of record for Separate Defendants Bobby Walraven and Brandon Kennemore. Jenna Adams entered her appearance for Separate Defendants Bobby Walraven and Brandon Kennemore on November 8, 2017.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Jonathan C. Hill and C. Burt Newell are hereby relieved as attorney of record for Separate Defendants Bobby Walraven and Brandon Kennemore.

**The Clerk is directed to remove Mr. Hill and Mr. Newell from the CM/ECF notification system for this case.**

**IT IS SO ORDERED** this 8th day of November 2017.

                                                   /s/ Barry A. Bryant
                                                   HON. BARRY A. BRYANT
                                                   UNITED STATES MAGISTRATE JUDGE